UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMES DIMICK,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | Civil No. 3:11-CV-05739-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 12, 2012, to file Defendant's responsive brief;
- Plaintiff shall have up to and including March 26, 2012, to file a reply brief; and
- Oral argument, if desired, shall be requested by April 2, 2012.

DATED this 10th day of February 2012.

J. Richard Creatura
United States Magistrate Judge

Page 1       ORDER - [3:11-CV-05739-RBL-JRC]