|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |
| JAMES DIMICK,<br><br>               Plaintiff,<br><br>   v.<br><br>Michael J. Astrue, Commissioner of the<br>Social Security Administration<br><br>               Defendant. | CASE NO. 11-cv-05739-RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No.16.)

Based on the stipulation of the parties and the relevant record, this Court recommends that this case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

On remand, the Administrative Law Judge should reevaluate the medical evidence as a whole; reevaluate the subjective testimony, specifically the lay witness evidence; re-evaluate Plaintiff's residual functional capacity; if necessary, perform new step four and step five analyses; and, obtain the assistance of a vocational expert, present a complete hypothetical to the vocational expert and ensure consistency with the Dictionary of Occupational Titles.

Following proper presentation to the Court, Plaintiff should be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act and 42 U.S.C. § 406(b), if appropriate.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, Plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 12th day of March, 2012.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge