# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| JAMES DIMICK, | |
|---|---|
| Plaintiff, | CASE NO. 11-cv-05739 RBL |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration.

(3) **JUDGMENT** is for plaintiff and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 14th day of March, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE